**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:25-cv-07842-JLR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Eleven Labs Inc.,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

SO ORDERED.

Dated: January 28 , 2026
      New York, New York

_____
JENNIFER L. ROCHON
United States District Judge

1